UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES
OF AMERICA,

       Plaintiff,                         Case No. 3:12-cr-0121

vs.

BRANDON SMITH,                      Judge Walter H. Rice
                                                 Magistrate Judge Michael J. Newman

       Defendant.

## ORDER FOLLOWING HEARING

Defense counsel, having raised the issue of Defendant's competency at today's arraignment/detention hearing, and the Court being concerned with the reasonable health and safety of the Defendant, **ORDERS** as follows:

The U.S. Marshal shall instruct the local jail facility where Defendant is detained (Montgomery County Jail) of Defendant's mental capacity concerns;

To the extent possible, Defendant shall be housed separately from other detainees;

Defendant shall be provided with all reasonable care so as to ensure that his personal hygiene needs are met, he is adequately fed and nourished, and receives all other adequate medical care; and

If Defendant is being prescribed mediation, such medication shall be provided to him as directed by his treating health care provider.

A copy of this Order shall be furnished by the Clerk of Courts to the U.S. Marshal and the Montgomery County Jail.

     **IT IS SO ORDERED.**

Date:  Oct. 3, 2012                   _s/ Michael J. Newman_____
                                                   Michael J. Newman
                                                   United States Magistrate Judge