IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                    Case No. 3:12cr121(1-4)

BRANDON SMITH (1)
LEO BOYKINS (2)          JUDGE WALTER H. RICE
QUINTON CLEMMONS (3) and
MARCUS ROSS (4),

    Defendants.

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Preliminary Pretrial Conference | 10/4/2012 |
| Jury Trial Date | 12/3/2012 |
| Final Pretrial Conference (by telephone) | 11/26/2012 at 5:00 pm |
| Motion Filing Deadline<br>    Oral and Evidentiary Motions | 11/13/2012 |
|     Other Motions | 11/20/2012 |
| Discovery Cut-off | 11/20/2012 |
| Speedy Trial Deadline | 12/29/2012 |
| Further Status Conference | ------ |

November 2, 2012

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney
Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department


WHR:jdf